## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 339 EAL 2018

               Respondent    :

               :    Petition for Allowance of Appeal from
               :    the Order of the Superior Court

               v.    :

KAREEM JOHNSON,    :

               Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **GRANTED**.  The issue, rephrased for clarity, is:

     Should the Commonwealth's misrepresentation of physical evidence in Petitioner's first trial bar retrial on double jeopardy grounds, notwithstanding the trial court's finding that the Commonwealth's misconduct was unintentional?

     Petitioner's "Unopposed Motion For Remand To Court Of Common Pleas For Further Development Of Double Jeopardy Motion In Light Of After-Discovered Evidence" is **DENIED**.